CHRIS BAKER, State Bar No. 181557
cbaker@bakerlp.com
BAKER & SCHWARTZ, P.C.
44 Montgomery Street, Suite 3520
San Francisco, CA 94104
Telephone: (415) 433-1064
Fax:  (415) 520-0446
Attorneys for Plaintiff
DAVID BARNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BARNES<br><br>            Plaintiff,<br><br>    vs.<br><br>ENERGY RECOVERY, INC., a Delaware Corporation; THOMAS ROONEY, an individual; and JOEL GAY, an individual<br><br>            Defendants. | Case No. 16-cv-00477-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE** |

## STIPULATION

Pursuant to Local Rule 7-1 and Judge Chen's Standing Orders, the parties hereby submit this Stipulation and [Proposed] Order to modify the briefing schedule regarding Defendant Energy Recovery, Inc.'s Motion For Order Directing Plaintiff's Counsel To Return Defendant Energy Recovery, Inc.'s Documents.

WHEREAS, on January 27, 2016, Plaintiff David Barnes ("Plaintiff") filed his Complaint in this case with the Northern District of California;

WHEREAS, on February 9, 2016, this case was reassigned to Judge Edward Chen after a finding that it was related to a securities litigation matter involving Energy Recovery, Inc., which

1  is currently pending before Judge Chen (*In re Energy Recovery, Inc. Securities Litigation*, Case
2  No. 3:15-cv-00265-EMC);
3     WHEREAS, on February 16, 2016 defendant Energy Recovery, Inc. ("Defendant ERI")
4  filed a motion styled "Motion for Order Directing Plaintiff and Plaintiff's Counsel to Return
5  Defendant Energy Recovery, Inc.'s Documents."
6     WHEREAS, March 1, 2016 is the current deadline for Plaintiff to file his Opposition to
7  Defendant ERI's Motion to Return Documents;
8     WHEREAS, Plaintiff's Counsel has (and has had) other business and personal matters
9  scheduled through March 1, 2016, including a hearing in Sacramento Superior Court on February
10 29, 2016.
11    WHEREAS, March 8, 2016, is the current deadline for Defendant ERI to file any Reply
12 Brief in support of its Motion to Return Documents.
13    WHEREAS, March 24, 2016 at 1:30PM is the current hearing on Defendant ERI's
14 Motion to Return Documents
15    NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:
16    1.  Plaintiff's deadline for filing an opposition to Defendant's motion is extended one
17 day, to March 2, 2016.
18    2.  Defendant's deadline for filing a reply in support of its motion is likewise
19 extended one day, to March 9, 2016.
20    /
21    /
22    /
23    /
24    /
25    /
26    /
27    /
28

- 2 -

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE

1    3.   The hearing date of March 24, 2016 will remain the same.

3   Dated: February 24, 2016        BAKER & SCHWARTZ P.C.

By:-----------------S-----------------------
   Chris Baker
   Attorney for Plaintiff
   DAVID BARNES

Dated: February 24, 2016        LEWIS RICE LLC and FISHER & PHILLIPS LLP

By:---------------S-----------------------
   David W. Gearhart
   Attorney for Defendant
   ENERGY RECOVERY, INC.

- 3 -

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Court, having read and considered the Parties' Stipulation to Modify Briefing Schedule, and finding good cause in support thereof, hereby orders that the filing deadline and the hearing date is continued as follows:

1. Plaintiff's deadline to file an opposition to Defendant's Motion to Return Documents is continued to March 2, 2016;
2. Defendant's deadline to file any reply in support of its Motion to Return Documents is continued to March 9, 2016.
3. This Order does not change the current hearing date.

DATED: February 25, 2016

_____
HON. EDWARD CHEN
UNITED STATES DISTRICT JUDGE