David W. Gearhart (*admitted pro hac vice*)
    dgearhart@lewisrice.com
LEWIS RICE LLC
600 Washington Ave., Ste. 2500
St. Louis, Missouri 63101
Telephone: (314) 444-1394
Facsimile: (314) 612-1394

Jason A. Geller, State Bar No. 168149
    jgeller@laborlawyers.com
Juan C. Araneda, State Bar No. 213041
    jaraneda@laborlawyers.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendants
ENERGY RECOVERY, INC., THOMAS ROONEY, and JOEL GAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BARNES,<br><br>    Plaintiff,<br><br>vs.<br><br>ENERGY RECOVERY, INC., a Delaware Corporation; THOMAS ROONEY, an individual; and JOEL GAY, an individual,<br><br>    Defendants. | CASE NO. 4:16-cv-00477 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY RESPONSIVE PLEADING DEADLINE**<br><br>Date:        n/a<br>Time:        n/a<br>Location:   Courtroom 5, 17th Floor<br>Judge:      The Hon. Edward M. Chen<br><br>Complaint Filed:   January 27, 2016<br>Trial Date:         None |

**STIPULATION**

Pursuit to Local Rule 7-1 and Judge Chen's Standing Order, the parties hereby submit this Stipulation and [Proposed] Order to modify the responsive pleading deadline of Defendants Energy Recovery, Inc., Thomas Rooney, and Joel Gay.

WHEREAS, on January 27, 2016, Plaintiff David Barnes ("Plaintiff") filed his original Complaint in this case;

WHEREAS, on February 9, 2016, this case was reassigned to Judge Edward Chen;

---
STIPULATION AND [PROPOSED]
ORDER TO MODIFY RESPONSIVE PLEADING DEADLINE
                Case No. 4:16-cv-00477 EMC

1  WHEREAS, on February 16, 2016, Defendant Energy Recovery, Inc. filed a Motion for Order Directing Plaintiff and Plaintiff's Counsel to Return Defendant Energy Recovery, Inc.'s Documents ("ERI's Motion to Return");

WHEREAS, on March 2, 2016, non-party Henry Low filed a Motion to Intervene and proposed Opposition to ERI's Motion to Return;

WHEREAS, on March 3, 2016, Plaintiff filed his Opposition to Defendant ERI's Motion to Return;

WHEREAS, on March 8, 2016, Plaintiff filed an Amended Complaint;

WHEREAS, March 22, 2016 is the current deadline for Defendants' responsive pleading;

WHEREAS, Defendants' counsel has other business and personal matters scheduled through March 20, 2016, including prearranged family vacation from March 12 to March 20, 2016; and

WHEREAS, Defendants have several briefing obligations presently set in this matter over the next three weeks.

NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:

1. Defendants' deadline for filing a response to Plaintiff's Amended Complaint is extended three days, to March 25, 2016.

/
/
/
/
/
/
/

DATED: March 10, 2016          Respectfully submitted,

                                               FISHER & PHILLIPS LLP

                                               By: __/s/ David W. Gearhart_____
                                                   David W. Gearhart (*admitted pro hac vice*)
                                                   LEWIS RICE, LLC

                                                     and

                                               Jason A. Geller
                                               Juan C. Araneda
                                               FISHER & PHILLIPS LLP

                                               Attorneys for Defendants
                                               ENERGY RECOVERY, INC.,
                                               THOMAS ROONEY, AND JOEL GAY


DATED: March 10, 2016          Respectfully submitted,

                                               BAKER & SCHWARTZ P.C.

                                             By: __/s/ Chris Baker (w/consent)_____
                                                   Chris Baker
                                                   Attorney for Plaintiff
                                                   DAVID BARNES

1  **[PROPOSED] ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3      The Court, having read and considered the Parties' Stipulation to Modify Responsive Pleading Deadline, and finding good cause in support thereof, hereby orders that the filing deadline is continued as follows:

6      1.    Defendants' deadline to file a responsive pleading to Plaintiff's Amended Complaint is extended three days, to March 25, 2016.

DATED: 3/11/16

IT IS SO ORDERED

Judge Edward M. Chen