DAVID W. GEARHART *(admitted pro hac vice)*
dgearhart@lewisrice.com
LEWIS RICE LLC
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
Telephone:  314.444.7600

RYAN SELNESS (SBN 306369)
ryan.selness@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone:     650.233.4500
Facsimile:     650.233.4545

Attorneys for Defendants Energy Recovery,
Inc., Thomas Rooney, and Joel Gay

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BARNES<br><br>                Plaintiff,<br><br>        v.<br><br>ENERGY RECOVERY, INC., a Delaware Corporation; THOMAS ROONEY, an individual; and JOEL GAY, an individual<br><br>                Defendants. | Case No. 3:16-cv-00477-EMC<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>Dept.:    5<br>Judge:    Hon. Edward M. Chen<br><br>Trial Date:    March 27, 2017 |

-1-

TO THE COURT AND PLAINTIFF'S COUNSEL OF RECORD:

Please take notice that Defendants Energy Recovery, Inc., Thomas Rooney, and Joel Gay (collectively, "Defendants") in the above-captioned matter, by and through the undersigned counsel, respectfully request an order authorizing withdrawal and substitution of counsel. The Defendants hereby request that the Court approve the withdrawal of Jason A. Geller and Juan C. Araneda of Fisher & Phillips LLP as counsel of record for Defendants in the above-captioned matter. Energy Recovery, Inc. and Joel Gay hereby request that the Court approve the substitution of Ryan Selness of Pillsbury Winthrop Shaw Pittman LLP in place of Jason A. Geller and Juan C. Araneda as counsel of record for Energy Recovery, Inc. and Joel Gay in the above-captioned matter.

The undersigned parties consent to the above substitution of counsel.

Dated:  June 27, 2016                LEWIS RICE LLC

                                      /s/ David W. Gearhart
                        By:    DAVID W. GEARHART
                              Attorneys for Defendants Energy Recovery, Inc., Thomas Rooney, and Joel Gay

Dated:  June 27, 2016                PILLSBURY WINTHROP SHAW PITTMAN LLP

                                        /s/ Ryan Selness
                        By:    RYAN SELNESS
                              Attorneys for Defendants Energy Recovery, Inc., Thomas Rooney, and Joel Gay

Dated:  June 27, 2016                FISHER & PHILLIPS LLP

                                        /s/ Jason A. Geller
                      By:    JASON A. GELLER
                                JUAN C. ARANEDA

## CIVIL LOCAL RULE 5-1 ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatories concurred in this filing.

Dated: June 27, 2016

By:          /s/ Ryan Selness
                 RYAN SELNESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BARNES<br><br>         Plaintiff,<br><br>   v.<br><br>ENERGY RECOVERY, INC., a Delaware Corporation; THOMAS ROONEY, an individual; and JOEL GAY, an individual<br><br>         Defendants. | Case No. 3:16-cv-00477-EMC<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>Dept.:    5<br>Judge:   Hon. Edward M. Chen<br><br>Trial Date:   March 27, 2017 |

-1-

1    Upon review of the Notice of Withdrawal and Substitution of Counsel submitted by

2  Defendants Energy Recovery, Inc., Thomas Rooney, and Joel Gay (collectively, "Defendants"),

3  the Court hereby ORDERS as follows: effective immediately, Jason A. Geller and Juan C.

4  Araneda of Fisher & Phillips LLP are withdrawn as counsel of record for Defendants, and the

5  substitution of Ryan Selness of Pillsbury Winthrop Shaw Pittman LLP as counsel of record for

6  Energy Recovery, Inc. and Joel Gay is approved.

7

8  IT IS SO ORDERED.

9

10 Dated:  7/1/2016

11                                         By: _____
                                                        Edward M. Chen
12                                                     United States District Judge

**IT IS SO ORDERED.**

Judge Edward M. Chen

Case No. 3:16-cv-00477-EMC

[Proposed] Order Granting Withdrawal and
Substitution of Counsel
4824-0300-2930.v1