1  CHRIS BAKER, State Bar No. 181557
2  cbaker@bakerlp.com
   BAKER & SCHWARTZ, P.C.
3  44 Montgomery Street, Suite 3520
   San Francisco, CA 94104
4  Telephone: (415) 433-1064
   Fax:  (415) 520-0446
5
6  Attorneys for Plaintiff
   DAVID BARNES
7

8                    UNITED STATES DISTRICT COURT
9
10                   NORTHERN DISTRICT OF CALIFORNIA
11

12  DAVID BARNES                                   Case No. 16-cv-00477-EMC

13                              Plaintiff,         **STIPULATION, SETTLEMENT AND
                                                   [~~PROPOS~~ED] ORDER FOR
14          vs.                                    DISMISSAL**

15  ENERGY RECOVERY, INC., a Delaware
    Corporation; THOMAS ROONEY, an individual;
16  and JOEL GAY, an individual

17                              Defendants.
18

19          The parties, by and between, their respective counsel, stipulate as follows:

20          1.      This Stipulation and Proposed Order is made pursuant to F.R.C.P. 41(a)(1)(A)(ii)

21  and California Labor Code § 2699(l)(2).

22          2.      Pursuant to a confidential settlement agreement, Plaintiff David Barnes agrees to

23  dismiss with prejudice Causes of Action One through Ten and Cause of Action Twelve of his

24  First Amended Complaint.

25          3.      Pursuant to the same confidential settlement agreement, Defendant Energy

26  Recovery, Inc. agrees to dismiss with prejudice its Counterclaim.

27

28

1    4.    With respect to Plaintiff's Eleventh Cause of Action under the Private Attorneys
2    General Act (PAGA), the parties separately and independently agree to the following settlement
3    of the PAGA claim.

4    5.    To the fullest extent permitted by law, Plaintiff agrees to dismiss with prejudice
5    his individual claims under PAGA.  Plaintiff further agrees only for purposes of this Stipulation
6    that, if the Court grants the dismissal with prejudice of his Causes of Action One through Ten and
7    Cause of Action Twelve, he will no longer be an alleged aggrieved employee under Labor Code §
8    2699(g).

9    6.    The parties further agree to the dismissal without prejudice of the remainder of
10   Plaintiff's Eleventh Cause of Action under PAGA as it relates to the State of California and any
11   alleged aggrieved employee other than Plaintiff.  Accordingly, the dismissal of this case shall
12   have no *res judicata* or collateral estoppel effect on the State of California or any alleged
13   aggrieved employee other than Plaintiff.

14   7.    This Stipulation and [Proposed] Order will be served on the Labor Workforce and
15   Development Agency at the same time it is submitted to the Court in accordance with Labor Code
16   § 2699(1)(2).

17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

- 2 -

1    8.    Each party shall bear his or its own attorneys' fees and costs with respect to this

2    case.

3

4    Dated: October 14, 2016                    BAKER & SCHWARTZ P.C.

5                                               By:---------------S------------------------
                                                                                         _____
6                                                  Chris Baker
                                                   Attorney for  Plaintiff
7                                                  DAVID BARNES

8

9    Dated: October 14, 2016                    LEWIS RICE LLC

10                                              By:---------------S------------------------
                                                                                         _____
11                                                 David W. Gearhart
                                                   Attorney for  Defendants
12                                                 ENERGY RECOVERY, INC. AND JOEL
                                                   GAY
13

14   Dated: October 14, 2016                    SIDLEY AUSTIN LLP

15                                              By:---------------S------------------------

16                                                 Sara Brody
                                                   Attorney for Defendant
17                                                 THOMAS ROONEY

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER

2

      The Court, upon review of the parties' Stipulation, hereby orders as follows:

3

      1.     Plaintiff David Barnes' Causes of Action One through Ten and Cause of Action

4

Twelve are hereby dismissed with prejudice.

5

      2.     Defendant Energy Recovery, Inc.'s Counterclaim is hereby dismissed with

6

prejudice.

7

      3.     Plaintiff David Barnes' Eleventh Cause of Action under the Private Attorneys

8

General Act is hereby dismissed with prejudice with respect to Plaintiff.

9

      4.     Plaintiff's Eleventh Cause of Action under the Private Attorneys General Act is

10

hereby dismissed without prejudice as to the State of California and any aggrieved employee

11

other than Plaintiff.  This Order and the dismissal of this Action shall have no res judicata or

12

collateral estoppel effect on the State of California or any aggrieved employee other than

13

Plaintiff.

14

      5.     Each party shall bear his or its own attorneys' fees and costs.

15

      6.     This Order hereby disposes of this Action.

16

17

      IT IS SO ORDERED.

18

19

Dated:    10/17/16

20

                       IT IS SO ORDERED

                       Judge Edward M. Chen

21

22

23

24

25

26

27

28

- 4 -